```
1  JEFF A. HARRISON  (SBN 151227)
   ADAM S. CHERENSKY (SBN 263062)
2  BARBOSA, METZ & HARRISON, LLP
   139 Richmond Street
3  El Segundo, CA 90245
4  Tel: (310) 414-9400
   Fax: (310) 414-9200
5  JHarrison@bmhlegal.com
   ACherensky@bmhlegal.com
6
7  Attorneys for Plaintiff COLLEEN MAGUIRE
8  (Appearances continue on the next page)
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MAGUIRE, | Case No.: 3:11-cv-02352-JSW |
| Plaintiff, | Civil Rights |
| vs. | **NOTICE OF NEED FOR MEDIATION AND ORDER THEREON (GENERAL ORDER 56 ¶ 6)** |
| CITY OF SANTA ROSA and DOES 1 through 10, Inclusive, | |
| Defendants. | No trial date assigned |

---

**NOTICE OF NEED FOR MEDIATION (GO 56)**
Case No.: 3:11-cv-02352-JSW                                                                              1

1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
2  JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
   **OFFICE OF THE CITY ATTORNEY**
3  100 Santa Rosa Avenue, Room 8
4  Santa Rosa, California  95404
   Telephone: (707) 543-3040
5  Facsimile: (707) 543-3055

6
   Attorneys for Defendant
7  CITY OF SANTA ROSA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF NEED FOR MEDIATION (GO 56)**
Case No.: 3:11-cv-02352-JSW                                                                 2

Plaintiff COLLEEN MAGUIRE and Defendant CITY OF SANTA ROSA hereby request that this matter be referred to the ADR mediation program for settlement discussions.

1. The Parties were directed to comply with General Order 56 pursuant to Scheduling Order filed by Magistrate Judge Laurel Beeler for civil complaints filed under Title II of the Americans with Disabilities Act (ADA).

2. In compliance with General Order 56, the Parties have exchanged Initial Disclosures, pursuant to FRCP 26, and have conducted a site inspection of the City of Santa Rosa with their respective experts. Plaintiff has provided Defendant with a copy of her expert's report identifying barriers and, where appropriate, have also given recommendations for barrier removal to resolve Plaintiff's claims for injunctive relief. Defendant has provided Plaintiff with a copy of its expert's report responding to Plaintiff's expert's report and has furnished date of improvement and title information.

3. The Parties are currently negotiating Plaintiff's proposed barrier removal and modification of policies and procedures, and are working to reach an agreement concerning Plaintiff's claims for injunctive relief.

4. At this time the Parties would like to be referred to the Court's ADR unit to mediate their claims with the assistance of a mediator.

Dated: May 2, 2012         **BARBOSA, METZ & HARRISON, LLP**

By: /s/ Jeff A. Harrison
JEFF A. HARRISON
ADAM S. CHERENSKY
Attorneys for Plaintiff, COLLEEN MAGUIRE

**(additional signatures on next page)**

---

**NOTICE OF NEED FOR MEDIATION (GO 56)**
Case No.: 3:11-cv-02352-JSW                                      3

Dated: May 2, 2012    **OFFICE OF THE CITY ATTORNEY**

By: /s/ John J. Fritsch
CAROLINE L. FOWLER
JOHN J. FRITSCH
Attorneys for Defendant
CITY OF SANTA ROSA

---

**NOTICE OF NEED FOR MEDIATION (GO 56)**
Case No.: 3:11-cv-02352-JSW     4

| | |
|---|---|
| 1 | ORDER |
| 2 | |

Pursuant to General Order 56 ¶ 6, the Parties are hereby referred to the Court's ADR mediation program, as soon as the calendar for the mediator and the parties can be scheduled.

DATED: May 3, 2012

_____
Honorable Jeffrey S. White
United States District Court Judge

cc: ADR Department

---

**NOTICE OF NEED FOR MEDIATION (GO 56)**
Case No.: 3:11-cv-02352-JSW                                                                                                   5