1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MAGUIRE, | ) Case No.: 3:11-cv-02352-JSW |
| Plaintiff, | ) Civil Rights |
| vs. | ) ~~[PROPOSED]~~ **ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF UNDER TITLE II OF THE ADA** |
| CITY OF SANTA ROSA and DOES 1 through 10, Inclusive, | AS MODIFIED |
| Defendants. | (Filed concurrently with the Consent Decree for Settlement of Plaintiff's Claims for Injunctive Relief Under Title II of the ADA) |

# [PROPOSED] ORDER ON CONSENT DECREE

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY is ORDERED and shall be binding on Plaintiff COLLEEN MAGUIRE and Defendant CITY OF SANTA ROSA.

2. The Court shall retain jurisdiction of this action until January 15, 2016, to enforce provisions of this Consent Decree and Order.

3. The parties shall submit a status report to the Court by no later than May 14, 2013, advising the Court as to whether a case management conference will be necessary on the remainder of Plaintiff's claims.

**IT IS SO ORDERED.**

Dated: March 7, 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY
Case No.: 3:11-cv-02352-JSW                                                                 2