CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MAGUIRE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SANTA ROSA, AND DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. C11-02352 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER THEREON RE DISMISSAL WITH PREJUDICE** |

The parties respectfully hereby stipulate as follows:

**RECITALS**

Whereas on May 12, 2011, the Complaint for Damages and Injunctive Relief (Title II Americans with Disabilities Act and related state claims) was filed (Doc. 1), and on June 20, 2011, defendant timely answered (Doc. 7);

Whereas the complaint alleges, in part, a right to injunctive relief under Title II of the Americans with Disability Act and state law, and, in remaining part, a right to monetary claims for damages, attorney's fees, litigation expenses and costs [collectively, Monetary Claims], and defendant CITY, in part, denied liability as to all claims.

Whereas on March 6, 2013, the parties filed a stipulated CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY in full,

1

complete and final disposition and settlement of all of Plaintiff's claims for injunctive relief (Doc. 19);

Whereas on March 7, 2013, the Court ordered that the filed stipulated CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY shall be binding on Plaintiff COLLEEN MAGUIRE and Defendant CITY OF SANTA ROSA, and that the Court shall retain jurisdiction of this action until January 15, 2016 to enforce provisions of the Consent Decree and Order (Doc. 20);

Whereas on July 16, 2013, Court-appointed mediator William Simmons mediated plaintiff's Monetary Claims, and the parties reached agreement on tentative terms;

Whereas on July 30, 2013, the CITY Council authorized a settlement proposal to settle and compromise all of plaintiff's Monetary Claims including the formation of a Settlement Agreement and payment of $100,000 (One Hundred Thousand Dollars) in consideration of plaintiff's dismissal with prejudice of the complaint with each party to bear its own attorney fees, costs, and litigation expenses;

Whereas, plaintiff accepted the proposal;

Whereas plaintiff MAGUIRE and defendant CITY have performed as agreed.

## STIPULATION AND ORDER THEREON

THEREFORE, it is stipulated and agreed herein by and between the parties that:

1. The Complaint shall be dismissed with prejudice with each party to bear its own attorney's fees, costs, and litigation expenses;
2. The Court shall retain jurisdiction of this action until January 15, 2016 to enforce provisions of the Consent Decree (Doc. 19) and Order (Doc. 20)

Dated: September 19, 2013

/s/
_____
John J. Fritsch
Assistant City Attorney
Attorney for Defendant
CITY OF SANTA ROSA

//
//

1 | Dated: September 19, 2013                    METZ & HARRISON, LLP

2 |                                                              /s/

3 |                                              _____
                                                  Jeff A. Harrison
                                                  Attorneys for Plaintiff
4 |                                               COLLEEN MAGUIRE

5 |   GOOD CAUSE APPEARING, IT IS SO ORDERED.

6 |
    Dated: September 25, 2013                    *[signature: Jeffrey S. White]*
7 |                                              _____
                                                  Hon. Jeffrey S. White
                                                  Judge, U.S. District Court
8 |

---

3

Stipulation and [Proposed] Order re Dismissal with Prejudice, Case No. C11-02352 JSW